**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Ackerson ACQ, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  The Boston Shaker** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2972579** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **69 Holland Street**<br>**Somerville, MA 02144**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Middlesex**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.thebostonshaker.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | Ackerson ACQ, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Ackerson ACQ, LLC**

Name                                                                    Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor  **Ackerson ACQ, LLC**                                        Case number (*if known*) _____
Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Ackerson ACQ, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 12, 2023**
MM / DD / YYYY

**X** **/s/ Lonnie Newburn**                        **Lonnie Newburn**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Nina M. Parker**                        Date   **September 12, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Nina M. Parker**
Printed name

**Madoff & Khoury LLP**
Firm name

**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
Number, Street, City, State & ZIP Code

Contact phone   **508-543-0040**      Email address   **alston@mandkllp.com**

**389990 MA**
Bar number and State

Debtor    Ackerson ACQ, LLC                                    Case number (*if known*)
          Name

▓▓▓▓ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/12/2023
               MM / DD / YYYY

X _____         Lonnie Newburn
Signature of authorized representative of debtor    Printed name

Title    Manager

**18. Signature of attorney**

X _____         Date    9/12/23
Signature of attorney for debtor                    MM / DD / YYYY

Nina M. Parker
Printed name

Madoff & Khoury LLP
Firm name

124 Washington Street, Suite 202
Foxborough, MA 02035
Number, Street, City, State & ZIP Code

Contact phone    508-543-0040        Email address    alston@mandklp.com

389990 MA
Bar number and State

LEN

**OFFICIAL FORM 7**

## United States Bankruptcy Court
### District of Massachusetts

In re   Ackerson ACQ, LLC _____      Case No. _____

_____     Chapter    7

Debtor(s)

### DECLARATION RE: ELECTRONIC FILING

PART I- DECLARATION OF PETITIONER

I [We] _____ Lonnie Newburn _____, *hereby declare(s) under penalty of perjury* that all of the information contained in my _____ Petition, Schedules, Statements and Lists _____ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:   9/12/2023

Signed: _____
Lonnie Newburn
(Affiant)

PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:   9/12/2023

Signed: _____
Nina M. Parker
Madoff & Khoury LLP
124 Washington Street, Suite 202
Foxborough, MA 02035
508-543-0040
alston@mandkllp.com
Attorney for Affiant

## CONSENT OF SOLE MANAGER AND MEMBER

The undersigned, the sole manager and member of Ackerson ACQ, LLC, a

Massachusetts Limited Liability Company (the "Company"), by unanimous vote pursuant to the

Company's bylaws and the Corporation Law of the Commonwealth of Massachusetts, do hereby

approve, consent to and take the following actions:

|  |  |
|---|---|
| VOTED: | That the Company seek relief under Chapter 7 of the Bankruptcy Code, and that the Manager of the Company (the "Authorized Officer"), is hereby authorized (i) to prepare and file on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code, (ii) to execute on behalf of the Company such petition, schedules and statements as the Authorized Officer may deem necessary or appropriate in connection therewith, (iii) to take such steps on behalf of the Company as may be necessary or appropriate to the Company's bankruptcy case and (iv) to execute such further documents and do such further acts as the Authorized Officer may deem necessary or appropriate with respect to the foregoing, including the delegation of such foregoing authority to other officers and employees of the Company; the execution of any document or the doing of any act by the Authorized Officer in connection with such proceedings to be conclusively presumed to be authorized by this vote; |
| FURTHER VOTED: | That the law firm of Madoff & Khoury LLP be retained as counsel to represent the Company in all proceedings commenced under or resulting from these votes; |
| FURTHER VOTED: | That this written consent be filed in the minute book of the Company. |

Dated: 9/12/2003

Lonnie Newburn

**Fill in this information to identify the case:**

Debtor name    **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**          X *_/s/ Lonnie Newburn_*
                                              Signature of individual signing on behalf of debtor

                                              **Lonnie Newburn**
                                              Printed name

                                              **Manager**
                                              Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:     Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................................... $ _____ **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................................................. $ _____ **5,379.68**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................................................... $ _____ **5,379.68**

---

**Part 2:     Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **102,871.99**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ **55,610.47**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ _____ **198,517.96**

4.   Total liabilities .............................................................................................................................................
    Lines 2 + 3a + 3b                                   $ _____ **357,000.42**

**Fill in this information to identify the case:**

Debtor name  **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Cambridge Savings Bank** | **Small Business Checking** | **6994** | $0.00 |
| 3.2. | **Cambridge Savings Bank** | **Checking Merchant** | **7017** | $88.72 |
| 3.3. | **Cambridge Savings Bank** | **Payroll** | **7009** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $88.72 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    **Ackerson ACQ, LLC**                                              Case number *(If known)* _____
          Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    _____ 0.00    -    _____ 0.00    = .... | $0.00
                            face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                              | $0.00
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**<br>Miscellaneous Inventory | | $0.00 | Cost | $400.96 |

23.    **Total of Part 5.**                                                              | $400.96
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Ackerson ACQ, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| **40.    Office fixtures** | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **3 Computers** | **$0.00** | | **$500.00** |
| **Office shipping supplies** | **$0.00** | | **$500.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    |    **$1,000.00**
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Books, vintage cocktail bar accessories** | **$0.00** | | **$500.00** |

Debtor    **Ackerson ACQ, LLC**                                              Case number *(If known)* _____
     Name

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $500.00 |
    | --- |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

### Part 9:    Real property

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.thebostonshaker.com | $0.00 | Tax records | $3,390.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    | $3,390.00 |
    | --- |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   **Ackerson ACQ, LLC** _____     Case number *(If known)* _____

       Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Ackerson ACQ, LLC**                                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$88.72** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$400.96** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$3,390.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$5,379.68** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$5,379.68** |

**Fill in this information to identify the case:**

Debtor name **Ackerson ACQ, LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cambridge Savings Bank** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Asset Lien** | **$53,364.13**          **$0.00** |

**1374 Massachusetts**
**Cambridge, MA 02138**

Creditor's mailing address

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2018**
**Last 4 digits of account number**
**2408**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Secured Lender Solutions** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien<br>**All Asset Lien** | **$0.00**          **$0.00** |

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Describe the lien
**All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | Ackerson ACQ, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | $49,507.86 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

**All Asset Lien**

Describe the lien

**All Asset Lien**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**7/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7007**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  **$102,871.99**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
**Gift Cards and Classes**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$55,610.47**    Priority amount **$55,610.47**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**   Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

Date(s) debt was incurred _____
Last 4 digits of account number **1003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Card**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$1,870.71**

**3.2**   Nonpriority creditor's name and mailing address
**Barproducts.com**
**1990 Lake Avenue SE**
**Largo, FL 33771**

Date(s) debt was incurred _____
Last 4 digits of account number **6237**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$1,834.45**

| Debtor | **Ackerson ACQ, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.00** |
|---|---|---|---|

**Burke & Associates**
**18 Commerce Way, Suite 4000**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   4/2023

**Basis for the claim:**  **Accounting Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,512.75** |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Card**

Last 4 digits of account number  9848

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,336.61** |
|---|---|---|---|

**Chase**
**PO Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Card**

Last 4 digits of account number  6188

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,329.73** |
|---|---|---|---|

**Chase**
**Cardmember Services**
**PO Box 15123**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Card**

Last 4 digits of account number  1675

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,644.78** |
|---|---|---|---|

**Cocktail Kingdom**
**36 West 25th Street, 5th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  261

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,879.50** |
|---|---|---|---|

**Craft Beer Guild Distributing LLC**
**170 Market Street**
**Everett, MA 02149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number  T178

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.41** |
|---|---|---|---|

**Eversource**
**PO Box 56007**
**Boston, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Utility Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ackerson ACQ, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,016.55 |
|---|---|---|---|

**Faire**
**525 2nd Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,478.80 |
|---|---|---|---|

**Fora Financial**
**519 8th Ave, 11th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.95 |
|---|---|---|---|

**Hachette Book Group**
**PO Box 8828, JFK Station**
**Boston, MA 02114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6323**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,182.06 |
|---|---|---|---|

**Harbour Food Services Equipment**
**229 Marginal Street**
**PO Box 6009**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **3650**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.96 |
|---|---|---|---|

**Horizon Beverage Company**
**P.O. Box 1165**
**Norton, MA 02766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2018**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,747.22 |
|---|---|---|---|

**Lemate of New England**
**11 Perry Drive, Unit C**
**Foxhill Park**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **1896**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.28 |
|---|---|---|---|

**M.S. Walker, Inc.**
**975 University Avenue**
**Norwood, MA 02062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **6471**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ackerson ACQ, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,200.00** |
|---|---|---|---|

**MS&N Properties, LLC**
Neena Mathur
42 Maple Street
Stow, MA 01775

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2018**

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,451.91** |
|---|---|---|---|

**OXO International, LTD**
PO Box 849920
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **2144**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,320.26** |
|---|---|---|---|

**PayPal Credit**
PO Box 105658
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2022**

Basis for the claim:  **Business Debt/Loan**

Last 4 digits of account number  **7986**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,971.32** |
|---|---|---|---|

**Penguin Random House LLC**
Dept. CH 10401
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **0000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,932.74** |
|---|---|---|---|

**QB Capital**
250 E. Eagles Drive
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|

**Small Business Administration**
2 North 20th Street, Suite 320
Birmingham, AL 35203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EIDL Loan**

Last 4 digits of account number  **8002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,314.00** |
|---|---|---|---|

**Sodastream USA, Inc.**
PO Box 419685
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **4043**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ackerson ACQ, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,588.45 |
|---|---|---|---|

**The Boston Shaker Group, Inc.**
**c/o Adam Lantheaume**
**51 Summit Avenue**
**Salem, MA 01970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Purchase Agreement for Business

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,336.52 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number  1041

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,671.00 |
|---|---|---|---|

**Yes Cocktail Co.**
**2915 Union Road, Unit C**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Business Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Helen of Troy LP**<br>**1 Helen fo Troy Plaza**<br>**El Paso, TX 79912** | Line  3.18 <br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 55,610.47 |
| 5b. Total claims from Part 2 | 5b. + | $ 198,517.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 254,128.43 |

| Fill in this information to identify the case: |
|---|

Debtor name **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **2024** | **Adam Lantheaume**<br>**32 Black Watch Trail**<br>**Bar Harbor, ME 04609** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment - Credit Card Machine** | |
|---|---|---|---|
| | State the term remaining | | **Lightspeed**<br>**700 St. Antoine Est #300**<br>**Montreal, Quebec, Canada, H2Y 1A6** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **MS&N Properties, LLC**<br>**Neena Mathur**<br>**42 Maple Street**<br>**Stow, MA 01775** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Lonnie Newburn** | **92 Rogers Avenue #3 Somerville, MA 02144** | **Personal Guarantor on many debts** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Ackerson ACQ, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$183,768.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$447,586.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>■ Other  _____ | **$523,177.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor   **Ackerson ACQ, LLC**                                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attached List** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Lonnie Newburn**<br>**92 Rogers Ave**<br>**#3**<br>**Somerville, MA 02144**<br>**Member** | **September, 2022 - September 2023** | **$42,313.00** | **Payments for owner draw** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

Debtor    **Ackerson ACQ, LLC**                                Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Madoff & Khoury LLP**<br>**124 Washington Street, Suite 202**<br>**Foxborough, MA 02035** | **Attorney Fees** | | **$5,000.00** |
| | **Email or website address**<br>**alston@mandkllp.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Principalof Debtor's mother** | | | |
| 11.2. | **United States Bankruptcy Court** | **Filing Fee** | | **$338.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?**<br>**Principal of Debtor mother** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

Debtor    **Ackerson ACQ, LLC** _____    Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Adam Lantheaume** | **Periodic payments made to previous owner of business pursuant to agreement over the last year** | | **$13,625.09** |
| | Relationship to debtor **None** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor     Ackerson ACQ, LLC _____     Case number *(if known)* _____

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Debtor | Ackerson ACQ, LLC | Case number *(if known)* | |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Anthony Mottla**<br>**69 Holland Street**<br>**Somerville, MA** | **2/2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Streamlined Accounting Strategies**<br>**259 Elm Street**<br>**Somerville, MA 02144** | **2/2018 - Present** |

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.2. | **Burke & Associates CPA's Inc**<br>**18 Commerce Way, Suite 4000**<br>**Woburn, MA 01801** | **9/2020 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Burke & Associates CPA's, Inc.**<br>**18 CommerceWay, Suite 4000**<br>**Emily Viselli**<br>**Woburn, MA 01801** | |

| Debtor | Ackerson ACQ, LLC | Case number *(if known)* |
|--------|-------------------|--------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| **26d.1.** **Cambridge Savings Bank** **1374 Massachusetts Avenue** **Cambridge, MA 02138** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **27.1.** **Lonnie Newburn** | **1/4/23** | **Per Tax return 2022 $26,886.00** |
| Name and address of the person who has possession of inventory records **Lonnie Newburn** | | |
| **27.2.** **Lonnie Newburn** | **1/4/22** | **Per Tax Return 2021 $35,206.00** |
| Name and address of the person who has possession of inventory records **Lonnie Newburn** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Lonnie Newburn** | **92 Rogers Ave. #3** **Somerville, MA 02144** | **Manager** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

Debtor    **Ackerson ACQ, LLC**_____    Case number *(if known)*_____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lonnie Newburn**<br>**92 Rogers Ave**<br>**#3**<br>**Somerville, MA 02144** | $42,313.00 | **September, 2022 - September, 2023** | Owners Draw |
| | **Relationship to debtor**<br>**100% Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**_____

**/s/ Lonnie Newburn**_____    **Lonnie Newburn**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**Deposit Account Details Grid-All Transactions**

| Date | Description | Transaction Description | Debit | Credit | Customer Reference | Running Balance |
|---|---|---|---|---|---|---|
| 2023-08-17 | Withdrawal | CHASE CREDIT CRD - RETRY PYMT, Post Date 08/17/2023 | 222 | | | - |
| 2023-08-16 | Withdrawal | CHASE CREDIT CRD - AUTOPAYBUS, Post Date 08/16/2023 | 523 | | | - |
| 2023-08-15 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AK3IMQnkidzTk | 35 | | | -1,177.76 |
| 2023-08-15 | WDRL - ACH reversal | FORAFINANCIAL 84 - MERCHDEBIT AK3IMQnkidzTk | | 35 | | -1,142.76 |
| 2023-08-15 | NSF fee | FORAFINANCIAL 84 - MERCHDEBIT AK3IMQnkidzTk | 40 | | | -1,177.76 |
| 2023-08-11 | WDRL - ACH | CHASE CREDIT CRD - AUTOPAYBUS | 222 | | | -975.76 |
| 2023-08-11 | WDRL - ACH reversal | CHASE CREDIT CRD - AUTOPAYBUS | | 222 | | -1,097.76 |
| 2023-08-11 | NSF fee | CHASE CREDIT CRD - AUTOPAYBUS | 40 | | | -1,097.76 |
| 2023-08-10 | WDRL - ACH | CAPITAL ONE - CRCARDPMT | 200 | | | -1,057.76 |
| 2023-08-10 | WDRL - ACH reversal | CAPITAL ONE - CRCARDPMT | | 200 | | -857.76 |
| 2023-08-10 | NSF fee | CAPITAL ONE - CRCARDPMT | 40 | | | -1,017.76 |
| 2023-08-09 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AeTcze85xtLH | 733.7 | | | -1,017.76 |
| 2023-08-09 | WDRL - ACH reversal | FORAFINANCIAL 84 - MERCHDEBIT AeTcze85xtLH | | 733.7 | | -284.06 |
| 2023-08-09 | WDRL - ACH | INTUIT FINANCING - QBC_PMTS | 950.5 | | | -1,017.76 |
| 2023-08-09 | WDRL - ACH reversal | INTUIT FINANCING - QBC_PMTS | | 950.5 | | -67.26 |
| 2023-08-04 | WDRL - ACH | AMEX EPAYMENT AM - ACH PMT A6546 | 150 | | | -744.01 |
| 2023-08-04 | NSF fee | AMEX EPAYMENT AM - ACH PMT A6546 | 40 | | | -594.01 |
| 2023-08-02 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AhReKCiOWEn1 | 690 | | | -554.01 |
| 2023-08-02 | NSF fee | FORAFINANCIAL 84 - MERCHDEBIT AhReKCiOWEn1 | 40 | | | -54.01 |
| 2023-07-28 | WDRL - POS | THE BITTER HOUS 500 Potrero Ave  SAN FRANCI | 939.96 | | | 233.38 |
| 2023-07-27 | WDRL - ACH | SBA LOAN ACH TRANSACTION - PAYMENT | 355 | | | 699.48 |
| 2023-07-27 | UCF fee | SBA LOAN ACH TRANSACTION - PAYMENT | 40 | | | 1,024.49 |
| 2023-07-21 | WDRL - ACH | PayPal - DEBIT  FRFa0G3s00002sedj7EAA R23072, 014152015 | 392.77 | | | 1,066.46 |
| 2023-07-21 | WDRL - ACH reversal | PayPal - DEBIT  FRFa0G3s00002sedj7EAA R23072, 014152015 | | 392.77 | | 1,459.17 |
| 2023-07-14 | WDRL - ACH | PayPal - DEBIT  FRFa003zb00001CIBYJEA3 R23071, 914133114 | 392.77 | | | -848.01 |
| 2023-07-14 | WDRL - ACH reversal | PayPal - DEBIT  FRFa003zb00001CIBYJEA3 R23071, 314133114 | | 392.77 | | -455.24 |
| 2023-07-12 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AqhMFD2KBJ1D | 733.7 | | | -1,114.58 |
| 2023-07-12 | NSF fee | FORAFINANCIAL 84 - MERCHDEBIT AqhMFD2KBJ1D | 40 | | | -380.83 |
| 2023-07-11 | WDRL - ACH | CAPITAL ONE - CRCARDPMT | 200 | | | -120.37 |
| 2023-07-11 | WDRL - ACH | CHASE CREDIT CRD - AUTOPAYBUS | 225 | | | 279.63 |
| 2023-07-11 | WDRL - ACH | INTUIT FINANCING - QBC_PMTS | 950.5 | | | 504.63 |
| 2023-07-11 | NSF fee | INTUIT FINANCING - QBC_PMTS | 40 | | | 1,455.13 |
| 2023-07-07 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001Ci0j6EAB R23070, 614092810 | 392.77 | | | 131.44 |
| 2023-07-06 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AZW1qJ2kCc3Nix | 733.7 | | | 480.01 |
| 2023-07-05 | WDRL - ACH | AMEX EPAYMENT AM - ACH PMT A2694 | 150 | | | 1,811.32 |
| 2023-07-01 | WDRL - POS | WP FAIRE 100 Potrero Ave  SAN FRANCISCO  CA | 1056 | | | 1,636.32 |
| 2023-06-30 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001Ckm75EAB R23062, 914036172 | 392.77 | | | 2,672.81 |
| 2023-06-29 | WDRL - ACH | LIBERTY MUTUAL 888-290-2920 - 702263299  2186, 864 | 279.16 | | | 1,544.96 |
| 2023-06-28 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AAyDJdhIVik | 733.7 | | | 1,824.14 |
| 2023-06-27 | WDRL - ACH | SBA LOAN ACH TRANSACTION - PAYMENT | 355 | | | 2,735.75 |
| 2023-06-23 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001CkVmfEAF R23062, 213973834 | 392.77 | | | 3,900.21 |
| 2023-06-21 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT Akmi5BeMkCbdF | 733.7 | | | 3,547.17 |
| 2023-06-20 | WDRL - ACH | Bill.com - Payables  CRAFT BREWERS GUILD 86, Lppm 016IFYLjH2OQ19Y Acct # GT178 - Inv #461357 16tFYLjH2OQ19Y | 813.61 | | | 398.20 |
| 2023-06-19 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001CkDuvEAF R23061, 513905438 | 392.77 | | | 953.11 |
| 2023-06-16 | WDRL - ACH | CHASE CREDIT CRD - AUTOPAYBUS | 511 | | | 1,345.88 |
| 2023-06-14 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT ACmA11JtpT9O | 733.7 | | | 1,163.21 |
| 2023-06-12 | WDRL - ACH | CAPITAL ONE - CRCARDPMT | 200 | | | -1,907.37 |
| 2023-06-12 | WDRL - ACH | CHASE CREDIT CRD - AUTOPAYBUS | 223 | | | -1,707.37 |
| 2023-06-09 | WDRL - ACH | PayPal - DEBIT  FRFa03b00001CkbwREAR R23060, 813663593 | 392.77 | | | -1,327.78 |
| 2023-06-09 | WDRL - ACH | INTUIT FINANCING - QBC_PMTS | 950.5 | | | -1,155.01 |
| 2023-06-09 | NSF fee | INTUIT FINANCING - QBC_PMTS | 40 | | | -184.51 |
| 2023-06-07 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AEdlY86jMrCP | 733.7 | | | -640.24 |
| 2023-06-07 | NSF fee | FORAFINANCIAL 84 - MERCHDEBIT AEdlY86jMrCP | 40 | | | 93.46 |
| 2023-06-05 | WDRL - ACH | AMEX EPAYMENT AM - ACH PMT A9698 | 150 | | | 1,124.98 |
| 2023-06-02 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001Cjm1sEAB R23060, 113798951 | 392.77 | | | 1,290.57 |
| 2023-05-31 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AbZIJsGiPoqfo | 733.7 | | | 2,335.50 |
| 2023-05-31 | WDRL - ACH | COMM OF MASS EFT DEPT. OF REVENUE - MA DOR PA, Y  2089742784 | 820.28 | | | 3,069.20 |
| 2023-05-30 | WDRL - ACH | SBA LOAN ACH TRANSACTION - PAYMENT | 355 | | | 2,497.85 |
| 2023-05-26 | WDRL - ACH | PayPal - DEBIT  FRFa003b000019cZift1EAM R23052, 513753668 | 392.77 | | | 3,191.64 |
| 2023-05-24 | WDRL - ACH | FORAFINANCIAL 84 - MERCHDEBIT AaqwMVo5YnX | 733.7 | | | 4,089.69 |
| 2023-05-19 | WDRL - ACH | PayPal - DEBIT  FRFa0G3b00001 9cTMmEAM R23051, 813731826 | 392.77 | | | 2,158.27 |

| Confirmation # | Vendor | Invoice # | Currency | Payment amount | Process date | Payment type | Paid from | Payment status |
|---|---|---|---|---|---|---|---|---|
| P23061901 - 2743015 | Best Pest Control Services | 407723 | USD | 50 | 06/22/2023 | Virtual card | Bank | Cleared |
| P23061901 - 2742256 | Bootblack Brand | 22-1068 | USD | 565.98 | 06/22/2023 | ePayment | Bank | Cleared |
| P23061901 - 2739966 | Craft Beer Guild Distributing LLC | 461357 | USD | 813.91 | 06/20/2023 | ePayment | Bank | Cleared |
| P23061201 - 1043215 | Harbour Food Service Equip. | 580226 | USD | 132.7 | 06/13/2023 | ePayment | Bank | Cleared |
| P23060201 - 8882917 | Harbour Food Service Equip. | Multiple | USD | 179.08 | 06/05/2023 | ePayment | Bank | Cleared |
| P23060201 - 8849025 | Horizon Beverage Company | 376786 | USD | 744.22 | 06/05/2023 | ePayment | Bank | Cleared |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### United States Bankruptcy Court
#### District of Massachusetts

In re    **Ackerson ACQ, LLC**                                    Case No.
                                              Debtor(s)    Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **September 12, 2023**                    **/s/ Lonnie Newburn**
                                              **Lonnie Newburn**/**Manager**
                                              Signer/Title

Adam Lantheaume
32 Black Watch Trail
Bar Harbor, ME 04609

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Barproducts.com
1990 Lake Avenue SE
Largo, FL 33771

Burke & Associates
18 Commerce Way, Suite 4000
Woburn, MA 01801

Cambridge Savings Bank
1374 Massachusetts
Cambridge, MA 02138

Capital One
PO Box 71087
Charlotte, NC 28272

Chase
PO Box 15123
Wilmington, DE 19850

Chase
Cardmember Services
PO Box 15123
Wilmington, DE 19886

Cocktail Kingdom
36 West 25th Street, 5th Floor
New York, NY 10010

Craft Beer Guild Distributing LLC
170 Market Street
Everett, MA 02149

Eversource
PO Box 56007
Boston, MA 02205

Faire
525 2nd Street
San Francisco, CA 94107

Fora Financial
519 8th Ave, 11th Floor
New York, NY 10018

Hachette Book Group
PO Box 8828, JFK Station
Boston, MA 02114

Harbour Food Services Equipment
229 Marginal Street
PO Box 6009
Chelsea, MA 02150

Helen of Troy LP
1 Helen fo Troy Plaza
El Paso, TX 79912

Horizon Beverage Company
P.O. Box 1165
Norton, MA 02766

Lemate of New England
11 Perry Drive, Unit C
Foxhill Park
Foxboro, MA 02035

Lightspeed
700 St. Antoine Est #300
Montreal, Quebec, Canada, H2Y 1A6

Lonnie Newburn
92 Rogers Avenue
#3
Somerville, MA 02144

M.S. Walker, Inc.
975 University Avenue
Norwood, MA 02062

MS&N Properties, LLC
Neena Mathur
42 Maple Street
Stow, MA 01775

OXO International, LTD
PO Box 849920
Dallas, TX 75284

PayPal Credit
PO Box 105658
Atlanta, GA 30348

Penguin Random House LLC
Dept. CH 10401
Palatine, IL 60055

QB Capital
250 E. Eagles Drive
Eagle, ID 83616

Secured Lender Solutions
PO Box 2576
Springfield, IL 62708

Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

Sodastream USA, Inc.
PO Box 419685
Boston, MA 02241

The Boston Shaker Group, Inc.
c/o Adam Lantheaume
51 Summit Avenue
Salem, MA 01970

Uline
PO Box 88741
Chicago, IL 60680

US Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203

Yes Cocktail Co.
2915 Union Road, Unit C
Paso Robles, CA 93446

# United States Bankruptcy Court
### District of Massachusetts

In re    **Ackerson ACQ, LLC**                                                    Case No.

                                     Debtor(s)                                    Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ackerson ACQ, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 12, 2023**

Date

**/s/ Nina M. Parker**

**Nina M. Parker**

Signature of Attorney or Litigant

Counsel for   **Ackerson ACQ, LLC**

**Madoff & Khoury LLP**
**124 Washington Street, Suite 202**
**Foxborough, MA 02035**
**508-543-0040 Fax:508-543-0020**
**alston@mandkllp.com**